

**Entered on Docket
September 02, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No.: BK-S-10-26694-BAM |
| ) | |
| ST. CLOUD HOTEL AND CASINO, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | Date:      September 21, 2010 |
| ) | Time:      10:00 a.m. |
| ) | Courtroom:  3 |
| ) | |

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO RETAIN COUNSEL**

The debtor in this case, ST. CLOUD HOTEL AND CASINO, INC., filed for protection under chapter 11 of the Bankruptcy Code on September 1, 2010. The debtor's petition was not prepared by a licensed attorney, and the debtor appears to be representing itself *pro se*. However, it is well established that debtors who are not individuals may not represent themselves and may not appear in court *pro se*. See, e.g., Highlander, Inc. v. Rothman (In re Highley), 459 F.2d 554, 555 (9th Cir. 1972) ("A corporation can appear in a court proceeding only through an attorney at law."); Sunde v. Contel of California, 112 Nev. 541, 915 P.2d 298 (Nev. 1996) (president of corporation cannot represent corporation on appeal). Therefore, the court orders the debtor to show cause why its case should not be dismissed for failure to retain counsel. The hearing on this matter shall be held on **September 21, 2010 at 10:00 a.m.** in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #3 before Judge Bruce A. Markell.

IT IS SO ORDERED.

1  Copies sent to:

2  BNC MAILING MATRIX

3

4  U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

5

6  ST. CLOUD HOTEL AND CASINO, INC.
   4982 SHIRLEY STREET
7  LAS VEGAS, NV 89119

8

9  ST. CLOUD HOTEL AND CASINO, INC.
   PO BOX 71287
10 LAS VEGAS, NV 89170

11

12

13                                              # # #